# EXHIBIT A-1

**ESSEX COUNTY CORRECTIONAL FACILITY**

*April 6, 2021*
Page 1

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      Chart Summary

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | NICHOLAS BUCCIARELLI | **Home Phone:** | |
| **Address:** | | **Work Phone:** | |
| **Patient ID:** | 158832 | **Fax:** | |
| **Birth Date:** | 09/03/1962 | **Status:** | Active |
| **Gender:** | Male | **Marital Status:** | |
| **Contact By:** | | **Race:** | White |
| **Soc Sec No:** | | **Language:** | |
| **Resp Prov:** | | **J#:** | 207584243 |
| **Referred by:** | | **Emp. Status:** | FED |
| **Email:** | 2 B1 121 01 | **Sens Chart:** | No |
| **Home LOC:** | ESSEX COUNTY CORRECTIONAL FACILITY | **SBI:** | 276709b |

## Problems

?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

## Procedures

## Medications

CHLORTHALIDONE 25 MG ORAL TABLET (CHLORTHALIDONE)
Start Date: 04/05/2021, End Date: 07/04/2021

TRANSITION TO CANE, REMOVE WALKER ()
Start Date: 02/19/2021, End Date: N/A

THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL)
Start Date: 02/04/2021, End Date: 05/05/2021

NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE)
Start Date: 01/29/2021, End Date: 04/29/2021

ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL)
Start Date: 03/06/2021, End Date: 06/04/2021
Last Refill: #90 x 0,  03/06/2021, Veronica Adeoye APN

LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL)
Start Date: 01/20/2021, End Date: 04/20/2021

Report run by Christiana Olagunju, Medical Records Clerk

## ESSEX COUNTY CORRECTIONAL FACILITY

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      Chart Summary

*April 6, 2021*
Page 2

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01 HLCN: ECCF

ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN)
Start Date: 01/20/2021, End Date: 07/19/2021
Last Refill: #180 x 0,  01/20/2021, Roxanne Lotts, NP

MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN)
Start Date: 12/07/2020, End Date: 06/05/2021
Last Refill: #180 x 0,  12/07/2020, Roxanne Lotts, NP

## Immunizations

## Directives
ADMITTED FROM HOS. WITH DX. OF STROKE // ON CANE/ STABLE WAS TRANSFERED TO 2B1/BB
KNEE BRACE
ROLLING WALKER ORDERED BY DOCTOR
MENTAL HEALTH

## Allergies and Adverse Reactions
This patient has no known allergies or adverse reactions.
## Services Due
TD BOOSTER, HEMOCCULT or SIGMOID.

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-2

**ESSEX COUNTY CORRECTIONAL FACILITY**
*April 6, 2021*
354 DoremusAve  Newark, NJ 07105
Page  8
9732747826  Fax:       eMAR

**NICHOLAS BUCCIARELLI**  Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male  Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

Covid-19 test-Negative- LOT# 2004173 Exp: 202204 Patient was told of results-was advised to continue hand washing and practice social distancing.

**Electronically signed by Silvia Maggio, L.P.N. on 09/02/2020 at 12:24 AM**

**09/02/2020 - INMTLOC: Location Change (2 B3 413 02)**
**Provider: LinkLogic**
**Location of Care: In Transfer to ECCF**

Location has been changed from IT ICE 001 10 to 2 B3 413 02
**09/02/2020 - Chart Maintenance**
**Provider: Sharon Quammie Mayers NP**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

## Clinical Lists Changes

**Medications:**
Added new medication of ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) 2 tabs by mouth every four hours as needed for 2 days; Route: ORAL - Signed
Added new medication of ATIVAN 2 MG/ML INJECTION SOLUTION (LORAZEPAM) Inject 1ml IV or IM PRN (For intractable seizures; repeat in five minutes x 2 doses, if needed.); Route: INJECTION - Signed
Added new medication of FOLIC ACID 1 MG ORAL TABLET (FOLIC ACID) 1 tab by mouth daily; Route: ORAL - Signed
Added new medication of HYDROXYZINE HCL 50 MG ORAL TABLET (HYDROXYZINE HCL) 1 cap PO BID PRN; Route: ORAL - Signed
Added new medication of IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 2 tabs by mouth twice daily; Route: ORAL - Signed
Added new medication of LOPERAMIDE HCL 2 MG ORAL CAPSULE (LOPERAMIDE HCL) 2 caps by mouth twice daily prn; Route: ORAL - Signed
Added new medication of MAGNESIUM OXIDE 400 MG ORAL TABLET (MAGNESIUM OXIDE) 1 tab by mouth daily; Route: ORAL - Signed
Added new medication of MULTIVITAMINS ORAL CAPSULE (MULTIPLE VITAMIN) 1 cap by mouth daily; Route: ORAL - Signed
Added new medication of PEPTO-BISMOL 262 MG/15ML ORAL SUSPENSION (BISMUTH SUBSALICYLATE) 30ml po twice daily prn; Route: ORAL - Signed
Added new medication of PROMETHAZINE HCL 25 MG/ML INJECTION SOLUTION (PROMETHAZINE HCL) 1ml intramuscularly twice daily prn; Route: INJECTION - Signed
Added new medication of THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) 1 tab by mouth daily; Route: ORAL - Signed
Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 4 caps daily; Route: ORAL - Signed
Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 4 caps po BID; Route: ORAL - Signed

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page   9

**NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old**
**DOB: 09/03/1962 Race: White   Gender: Male   Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 2 caps po BID; Route: ORAL - Signed

Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 1 cap po QAM; Route: ORAL - Signed

Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 2 caps po QHS; Route: ORAL - Signed

Added new medication of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 1 cap po QHS; Route: ORAL - Signed

Rx of ACETAMINOPHEN 325 MG ORAL TABLET (ACETAMINOPHEN) 2 tabs by mouth every four hours as needed for 2 days; Route: ORAL #12 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP; Authorized by: Sharon Quammie Mayers NP; Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of ATIVAN 2 MG/ML INJECTION SOLUTION (LORAZEPAM) Inject 1ml IV or IM PRN (For intractable seizures; repeat in five minutes x 2 doses, if needed.); Route: INJECTION #24ml x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: INJECTION;

Rx of FOLIC ACID 1 MG ORAL TABLET (FOLIC ACID) 1 tab by mouth daily; Route: ORAL #30 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of HYDROXYZINE HCL 50 MG ORAL TABLET (HYDROXYZINE HCL) 1 cap PO BID PRN; Route: ORAL #6 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of IBUPROFEN 200 MG ORAL TABLET (IBUPROFEN) 2 tabs by mouth twice daily; Route: ORAL #8 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of LOPERAMIDE HCL 2 MG ORAL CAPSULE (LOPERAMIDE HCL) 2 caps by mouth twice daily prn; Route: ORAL #32 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of MAGNESIUM OXIDE 400 MG ORAL TABLET (MAGNESIUM OXIDE) 1 tab by mouth daily; Route: ORAL #2 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of MULTIVITAMINS ORAL CAPSULE (MULTIPLE VITAMIN) 1 cap by mouth daily; Route: ORAL #90 x 3;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of PEPTO-BISMOL 262 MG/15ML ORAL SUSPENSION (BISMUTH SUBSALICYLATE) 30ml po twice daily prn; Route: ORAL #240ml x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of PROMETHAZINE HCL 25 MG/ML INJECTION SOLUTION (PROMETHAZINE HCL) 1ml intramuscularly twice daily prn; Route: INJECTION #4 vials x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: INJECTION;

Rx of THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) 1 tab by mouth daily; Route: ORAL #30 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 4 caps daily; Route: ORAL #4 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 4 caps po BID; Route: ORAL #24 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;

Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 2 caps po BID; Route: ORAL #8 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon

**ESSEX COUNTY CORRECTIONAL FACILITY**                           *April 6, 2021*
354 DoremusAve  Newark, NJ 07105                                          Page  10
9732747826  Fax:        eMAR

**NICHOLAS BUCCIARELLI**   Type: FED    SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;
Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 1 cap po QAM;
Route: ORAL  #3 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon
Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;
Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 2 caps po
QHS; Route: ORAL  #12 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon
Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;
Rx of CHLORDIAZEPOXIDE HCL 25 MG ORAL CAPSULE (CHLORDIAZEPOXIDE HCL) 1 cap po QHS;
Route: ORAL  #4 x 0;  Signed;  Entered by: Sharon Quammie Mayers NP;  Authorized by: Sharon
Quammie Mayers NP;  Method used: Telephoned to ; Note to Pharmacy: Route: ORAL;
**Observations:**
Added new observation of NKMED: F (09/02/2020 1:15)


**Electronically signed by Sharon Quammie Mayers NP on 09/02/2020 at 1:19 AM**

---

**09/02/2020 - TB Test Results: TB Test Results**
**Provider: Nneka Nwafor RN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**



## TB Test Results

### Past PPD Information
**Past Possitive PPD** No

### Test Results
**PPD Results** Waived
Notify Infection Control Nurse
**Date Chest X-Ray Ordered** 09/01/2020
**Date Chest X-Ray Read** 09/01/2020
**Chest X-Ray Results** Negative
XRAY CHEST 1 VIEW
Results: The heart size is normal. The lungs do not show evidence of active process.
There is no evidence of pleural effusion.
Conclusion: No acute cardiopulmonary disease. No evidence of tuberculosis.
Electronically signed by PRAKASH N PATEL, M.D. 9/1/2020 8:29:23 PM EDT.
*RADIOLOGY REPORT*
**REASON FOR EXAM: ENCOUNTER FOR SCREENING FOR RESPIRATORY TUBERCULOSIS**

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may
contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend
recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly
prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone
number and the date and destroy this report (including any accompanying files or documents).
*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*


Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-3

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:        eMAR

*April 6, 2021*
Page  21

**NICHOLAS BUCCIARELLI**  **Type: FED**  **SBI #: 276709b**  **58 Years Old**
**DOB:  09/03/1962 Race: White  Gender: Male  Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

**Location of Care: Building 5**
**This document contains external references**

**Internal Other / ER TRIP**

*Imported By: Christiana Olagunju, Medical Records Clerk 10/12/2020 5:05:08 PM*

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Centricity Document Management**
**Filed automatically on 10/12/2020 at 5:05 PM**

**09/12/2020 - General Note: General Note**
**Provider: Tracie Jean-Francois, RN**
**Location of Care: Building 2**

**General Note**
58 Y.O HISPANIC MALE RECEIVED IN MAIN MEDICAL AAOX3 VERBAL VIA STRETCHER WITH
COMPLAINTS OF CHEST PAIN RADIATING TO LEFT ARM X 1 DAY. PER PT PAIN IS 10/10 PAIN
SCALE ACHING PAIN. AT THE ABOVE DATE AND TIME NO S/S OF DISTRESS NOTED, V/S BP
177/134 P 94 R 6 T 96.5.  PT ABLE TO PERFORM FULL ROM TO LEFT AND RIGHT UPPER
EXTREMETIES WITH NO DIFFICULTY. PT VOICED HX OF HTN WITHOUT MEDICATION REGIMEN,
DENIES ANY PRIOR HX OF STROKE OR CHEST PAIN.  OXYGEN PLACED AT 3LPM VIA NASAL
CANNULA, PT ENDORSED TO HOUSE MD MELENDEZ FOR FURTHER EVALUATION.17:10 STAT
DOSE OF NITROGLYCERIN 0.4MG TAB GIVEN S/L AS PER MD ORDER.  HOUSE MD CALLED 911
FOR EMS TRANSPORT TO UNIVERSITY HOSPITAL ER DEPARTMENT FOR FURTHER
EVALUATION. NO OTHER ORDERS GIVEN AT THIS TIME.17:30 PT TAKEN TO UH VIA CUSTODY
AND EMS TRANSPORT. SEE MD NOTES

**Electronically signed by Tracie Jean-Francois, RN on 09/12/2020 at 9:42 PM**

**09/12/2020 - Chart Maintenance**
**Provider: Grace Melendez, MD**
**Location of Care: Building 2 Level 3 - Clinic**

# EXHIBIT A-4

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:       eMAR

*April  6, 2021*
Page 21

NICHOLAS BUCCIARELLI    Type: FED    SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

**Location of Care: Building 5**
**This document contains external references**

**Internal Other / ER TRIP**

*Imported By: Christiana Olagunju, Medical Records Clerk 10/12/2020 5:05:08 PM*

```
External Attachment:

  Type:      Image
  Comment:   External Document
```

**Signed before import by Centricity Document Management**
**Filed automatically on 10/12/2020 at 5:05 PM**

**09/12/2020 - General Note: General Note**
**Provider: Tracie Jean-Francois, RN**
**Location of Care: Building 2**

## General Note

58 Y.O HISPANIC MALE RECEIVED IN MAIN MEDICAL AAOX3 VERBAL VIA STRETCHER WITH
COMPLAINTS OF CHEST PAIN RADIATING TO LEFT ARM X 1 DAY. PER PT PAIN IS 10/10 PAIN
SCALE ACHING PAIN. AT THE ABOVE DATE AND TIME NO S/S OF DISTRESS NOTED, V/S BP
177/134 P 94 R 6 T 96.5.  PT ABLE TO PERFORM FULL ROM TO LEFT AND RIGHT UPPER
EXTREMETIES WITH NO DIFFICULTY. PT VOICED HX OF HTN WITHOUT MEDICATION REGIMEN,
DENIES ANY PRIOR HX OF STROKE OR CHEST PAIN.   OXYGEN PLACED AT 3LPM VIA NASAL
CANNULA, PT ENDORSED TO HOUSE MD MELENDEZ FOR FURTHER EVALUATION.17:10 STAT
DOSE OF NITROGLYCERIN 0.4MG TAB GIVEN S/L AS PER MD ORDER. HOUSE MD CALLED 911
FOR EMS TRANSPORT TO UNIVERSITY HOSPITAL ER DEPARTMENT FOR FURTHER
EVALUATION. NO OTHER ORDERS GIVEN AT THIS TIME.17:30 PT TAKEN TO UH VIA CUSTODY
AND EMS TRANSPORT. SEE MD NOTES

**Electronically signed by Tracie Jean-Francois, RN on 09/12/2020 at 9:42 PM**

**09/12/2020 - Chart Maintenance**
**Provider: Grace Melendez, MD**
**Location of Care: Building 2 Level 3 - Clinic**

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 26

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB:  09/03/1962  Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

**Provider: Larisa Ploshchanskaya, MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

58 year old man returned from the UMDNJ.
He was admitted on September 12-th.
He stated that on September 12-th he woke up in regular condition, ate breakfast and was wasing his clothes when suddenly became dizzy, developed slurred speech and left sided weakness.
His BP- 174/134.
He has history of elevated BP without any treatment.
Back and neck surgery with addiction to opioids, withdrawal protocol used prior to depicted event.
Discharge papares from UMDNJ- "Stroke" without specifications of etiology and location of stroke.
Patient also had chest pain on the time of event.
EXAM:  Awake, in not distress
       Disoriented to date
       Speech - some slurring
       Cooperative
       Memory - impaired
       Cranial nerves: grossly intact
       Carotids - no bruits
       Heart - no murmur
       Left hemiparesis 4/5 with spasms of the left hand
       Gait: limping with cane
       Sensory: hypesthesia to pin prick on the left
       BP: 125/82
       Heart rate- 82 reg
ASSESSMENT: CVA with left hemiparesis most likely ischemic (thrombotic vs embolic)
PLAN:        Admit to infirmary
             Start ASA 81 mg OD
             Nifedipine 30 mg OD
             Cardiac diet
             Obtain medical records from UMDNJ

**Electronically signed by Larisa Ploshchanskaya, MD on 09/16/2020 at 2:19 PM**

---

**09/16/2020 - Chart Maintenance**
**Provider: Larisa Ploshchanskaya, MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

## Clinical Lists Changes

**Orders:**
Added new Test order of Cardiac Diet (DCARD) - Signed

**Electronically signed by Larisa Ploshchanskaya, MD on 09/16/2020 at 2:20 PM**

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 28

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB:  09/03/1962  Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tab QAM;
Route: ORAL
ADULT ASPIRIN REGIMEN 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tab QAM; Route:
ORAL

**Orders List**
Cardiac Diet [DCARD]

**Subjective**
**Chief Complaint:** The patient is being admitted into the infirmary followng a hopsital stay. Emergency
room dx was  "stroke". The patient was recieved calm and stable. The patient was escorted to the
infirmary by nursing staff.  No current complaints. The patient will be observered.
**Delaney Hall Medical Clearance** NO

**Objective**
**Vital Signs**
Ht: **71** in.  T: **97.9** deg F.  T site: **tympanic**  P: **97**  BP: **140/96**
**Pulse Ox%** 97
**Room Air** Yes

**Head, Eyes, ENT**
**Vision Disturbance:** No
**Hearing difficulty:** No
**Difficulty swallowing:** No
**Bleeding Gums:** No
**Headaches:** No
**Nose Bleeds:** No

**Respiratory**
**Lung Sounds:** Normal
**Cough:** No
Non-productive

**Cardiovascular**
**Rhythm:** Regular
**Heart Sounds:** Normal
**Edema:** No
**Pitting:** No

**Gastrointestinal**
**Appetite:** Fair
**Vomiting:** No
**Nausea:** No

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-5

# ESSEX COUNTY CORRECTIONAL FACILITY

*April 6, 2021*

354 DoremusAve  Newark, NJ 07105

Page 31

9732747826 Fax:      eMAR

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

Labs as Ordered

**Notes:** Rec'd in living space ,assumed left lateral postion appears to be resting easily aroused .Denies any complaints ,no resp distress noted .For follow with Infirmary MD
**Patient Education Provided** Nutrition, Medicine Management
**Disposition** Infirmary

**Electronically signed by Anita Yhap-Hamilton, RN on 09/21/2020 at 5:18 PM**

---

**09/17/2020 - Internal Other: Internal Other / CONSENT FOR RELEASE OF INFO.**
**Provider: Centricity Document Management**
**Location of Care: Building 5**
**This document contains external references**

**Internal Other / CONSENT FOR RELEASE OF INFO.**

*Imported By: Christiana Olagunju, Medical Records Clerk 9/22/2020 4:53:17 PM*

---

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Centricity Document Management**
**Filed automatically on 09/22/2020 at 4:53 PM**

---

**09/17/2020 - Office Visit: INF. Progress NOTES**
**Provider: Syed Rizvi, MD**
**Location of Care: Building 5 Level 1Infirmary**

This pt. complained of chest pain and left side weakness. He was sent to Uh, stayed there ( 9/12/20thru 9/16/20) when he was brought to INf. last night.
The Hosp. discharge notes states- Stroke, adv.- asprirn, nifedipine and low salt diet.
Plz. see admitting notes of Dr. P, dated 9/16/20
On Exam.- This58 yrs./o/m first thing he tell me, he is doing alright, there is no weakness and  he wants to go out of INF.
Heart- RSR. Lungs- Clear. Abd.- Soft, non-tender. Cns & Reflexes- Grossly normal.
Assessment.- Hosp. Dx.- Stroke ?? / Asymptomatic.
Plan.- Continue Rx as written// need hospital report // follow up in AM by Dr. P. in AM. She is admitting MD and, luckily a neurologist; so she can discharge if she feels appropriate.

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-6

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve, Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 48

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB:  09/03/1962  Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

Abdominal binder given as per Dr. Melendez order.

**Electronically signed by Taneia Davis, RN on 10/17/2020 at 11:46 AM**

---

**10/17/2020 - Urgent Emergent: Urgent Emergent - Practitioner**
**Provider: Grace Melendez, MD**
**Location of Care: Building 2 Level 3 - Clinic**

## Practitioner Urgent/Emergent Care
Every Urgent/Emergent request must be accompanied by an Urgent/Emergent request form filled out by Correctional Staff

## Subjective
Chief Complaint: Reason for Urgent/Emergent request
**Problem List**
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
TYLENOL WITH CODEINE #3 300-30 MG ORAL TABLET (ACETAMINOPHEN-CODEINE) 1 tab bid by mouth as needed pain
CALAMINE EXTERNAL LOTION (CALAMINE) Apply to affected areas of skin as directed as needed; Route: EXTERNAL
ACYCLOVIR 800 MG ORAL TABLET (ACYCLOVIR) 1 tablet po q 4 hours; Route: ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL
TYLENOL EXTRA STRENGTH TABLET (ACETAMINOPHEN TABS) 2 tabs BID; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tab HS; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Provider Follow-Up [PRVFU]
**History of Present Illness: with details regarding duration, frequency, relieving and worsening factors, etc.** pt cc/o lower back plain p examined an had erythmatoud ppapular eruption across lowerr back pt dxed herpes zostr preius ly nd oirrx oreree;pt placed quaranrint pod  tlenol witth codein ordered for apin

## Current Vital Signs

# EXHIBIT A-7

# ESSEX COUNTY CORRECTIONAL FACILITY

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April  6, 2021*
Page 57

**NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old**
**DOB: 09/03/1962 Race: White   Gender: Male   Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

**Gait and station:** normal, can undergo excercise testing and/or participate in exercise program
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility
**Spine, ribs, pelvis:** normal alignment and mobility, no deformity
**RUE:** normal ROM and strenght, no joint enlargement or tenderness
**LUE:** normal ROM and strength, no joint enlargement or tenderness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** normal ROM and strength, no joint enlargement or tenderness

## Skin
**Inspection:** no rashes, leasions, or ulcerations
**Palpation:** no subcutaneous nodules or induration

## Neurologic
**Cranial nerves:** II - XII grossly intact
**Reflexes:** 2+, symmetric, no pathological reflexes
**Sensation:** intact to touch, pin, vibration, and position

## Mental Status
**Judgment, insight:** intact
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Mood and affect:** no depression, anxiety, or agitation

## Practitioner Assessment & Plan
**Problems**
Deviated Nasal Septum (ICD-470) (ICD10-J34.2), Herpes zoster (ICD-053.9) (ICD10-B02.9), HTN (ICD-401.9) (ICD10-I10), Visual changes (ICD-368.9) (ICD10-H53.9), Overweight (ICD-278.02) (ICD10-E66.3), Alcohol abuse (ICD-305.00) (ICD10-F10.10), Cigarette smoker (ICD-305.1) (ICD10-F17.210).
**Assessment Comments:** B/P 150/86
Insomnia.

## Practitioner Plan
**Medications:**
DIPHENHYDRAMINE HCL 25 MG ORAL CAPSULE 2 caps po QHS x 14 days.; Route: ORAL, HYDROCHLOROTHIAZIDE 25 MG ORAL TABLET 1 tab po daily x 180 days.; Route: ORAL, LISINOPRIL 20 MG ORAL TABLET 1 tablet po daily; Route: ORAL, NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR 1 tablet po daily; Route: ORAL, ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE 1 tablet po daily; Route: ORAL, MULTI VITAMIN MENS ORAL TABLET one daily; Route: ORAL.
**Ancillary Tests**
Chronic Care Follow-Up [CCFU], TB/XRAY Test [TBXRAY].

**Plan Comments:** CC: HTN Teaching Reiterated
Add HCTS 25 mgs daily, Pt agreed.
Abdominal Binder given for Back Support. Locate Lab results.

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-8

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 60

**NICHOLAS BUCCIARELLI**  **Type: FED**  **SBI #: 276709b**  **58 Years Old**
**DOB: 09/03/1962 Race: White  Gender: Male  Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

## Objective
**Musculo / Skeletal** Normal ROM, Movement guarded, Swelling, Symmetry - **Neuro / Vascular:** Palpable distal pulses
Palpable proximal pulses
Present
Palpable distal pulses
Present
**Additional Comments:** Left knee slightly swollen . Pain scale 8/10 , throbbing , and constant . Pt stated that he is a little anxious . Pt is requesting knee brace .
Refer to irtho and mental health

## Plan of Care
**Nursing Interventions:** Ibuprofen 200mg two (2) tablets by mouth two times a day x 5 days as needed
OR

## Current Vital Signs
**Previous Height:** 71 (10/15/2020 8:20:44 PM)   **Previous Weight:** 235 (12/07/2020 11:28:48 AM)
**Current Weight (lbs):** 235  **Current Height (in.):** 71
   **Sitting BP:** 134 / 82
**Temperature:** 97.9   **Temperature site:** Temporal
**Pulse rate:** 71   **Pulse rhythm:** Regular
**Respirations:** 18   **Pulse Ox%** 96

**Electronically signed by Marie Souffrant, RN on 12/27/2020 at 12:00 PM**

---

**12/27/2020 - Chart Maintenance**
**Provider: Marie Souffrant, RN**
**Location of Care: Building 5**

## Clinical Lists Changes

### Orders:
Added new Test order of Ophthalmology (PCOPHTHALM) - Signed

**Electronically signed by Marie Souffrant, RN on 12/27/2020 at 12:01 PM**

---

**12/27/2020 - Chart Maintenance**
**Provider: Marie Souffrant, RN**
**Location of Care: Building 5**

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-9

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 69

**NICHOLAS BUCCIARELLI**  Type: FED    SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

**Inmate Co-Pay**
Co-Pays Applied
No Co-Pay Applied

**PPD Skin Test Results**
**PPD Results** PENDING
**Chest X-Ray Results** NA

**Medical Observations**

**Mental Health Observations**
**Mental Health Approval for Halfway House** YES

**Reason for Modification:**
]

**Electronically signed by Larisa Ploshchanskaya, MD on 12/30/2020 at 9:25 AM**

---

**12/30/2020 - Chart Maintenance**
**Provider: Larisa Ploshchanskaya, MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

**Clinical Lists Changes**

**Directives:**
Added new directive of KNEE BRACE

**Electronically signed by Larisa Ploshchanskaya, MD on 12/30/2020 at 9:26 AM**

---

**12/30/2020 - Chart Maintenance**
**Provider: Larisa Ploshchanskaya, MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

**Clinical Lists Changes**

**Medications:**
Added new medication of CVS MUSCLE RUB 10-15 % EXTERNAL CREAM (MENTHOL-METHYL

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-10

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:       eMAR

*April 6, 2021*
Page 78

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB:  09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

## Education Provided

The patient has been educated regarding the patient's diagnosis and test results. The patient verbalizes understanding of current health status and expresses verbal consent to current management. Yes
**Does the inmate need an interpreter?** No

## PPD Skin Test Results

**PPD Results** PENDING
**Chest X-Ray Results** NA

## Medical Observations

**Medical Clearance Approval for Halfway House** NO

## Mental Health Observations

**Mental Health Approval for Halfway House** YES

## Reason for Modification:

]

**Electronically signed by Grace Melendez, MD on 01/03/2021 at 10:58 AM**

---

**01/03/2021 - Chart Maintenance**
**Provider: Grace Melendez, MD**
**Location of Care: Building 2 Level 3 - Clinic**

## Clinical Lists Changes

**Problems:**
Added new problem of Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
**Medications:**
Added new medication of IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) 1 tablet PO Q 6 hours;
Route: ORAL

**Electronically signed by Pamela Anderson, NP on 01/04/2021 at 9:23 PM**

---

**01/17/2021 - Append**
**Provider: Grace Melendez, MD**
**Location of Care: Building 2 Level 3 - Clinic**

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-11

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 182

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB:  09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

## Practitioner Urgent/Emergent Care
**Referral Source** Correctional Staff Via: Urgent/Emergent Medical Contact Log Sheet
Every Urgent/Emergent request must be accompanied by an Urgent/Emergent request form filled out by
Correctional Staff

## Subjective
Chief Complaint: Reason for Urgent/Emergent request
**Problem List**
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
CVS MUSCLE RUB 10-15 % EXTERNAL CREAM (MENTHOL-METHYL SALICYLATE) apply to left
shoulder BID; Route: EXTERNAL
HYDROCHLOROTHIAZIDE 25 MG ORAL TABLET (HYDROCHLOROTHIAZIDE) 1 tab po daily x 180
days.; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet po daily;
Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
**History of Present Illness: with details regarding duration, frequency, relieving and worsening
factors, etc.** Patient reports "pain in left chest wall". States the pain woke him up about an hour ago.
Presented with same presentation 3 weeks.  He was sent to the hospital where he was diagnosed with
chest pain and prescribed Motrin 600mg.  Also presenting with "left sided weakness".  States "I can't lift
my left arm all the way up and no feeling in my left leg".

## Review of Systems
**General:** see HPI

## Current Vital Signs

# ESSEX COUNTY CORRECTIONAL FACILITY

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 183

**NICHOLAS BUCCIARELLI** Type: FED  SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male  Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

P: **97** Rhythm: **Regular** R: **18** BP: **130/90**
**Pulse Ox%** 98
**Room Air** Yes

Musculoskeletal
**General**
   **General Appearance:** Other - sitting up in the chair

**Breasts**
   **Inspection:** WNL
   **Palpation:** Other - mild tenderness, left chest wall
**Heart**
   **Respiratory Effort:** WNL
   **Auscultation:** WNL
**Lungs**
   **Palpation:** WNL
   **Auscultation:** WNL
   **Carotid Arteries:** WNL
   **Pedal Pulses:** WNL
   **Periph. Circulation:** WNL
**Musculoskeletal**
   **Gait & Station:** WNL
   **LUE:** Other - decreased ROM, left arm
   **LLE:** Other - unable to bear weight on left leg
   **Cranial nerves:** WNL
   **Reflexes:** Other - decreased ROM, left arm
   **Sensation:** WNL
**Mental Status**
   **Judgement & Insight:** WNL
   **Orientation:** WNL
   **Memory:** WNL
   **Mood & Affect:** WNL

## Practitioner Assessment & Plan
**Problems**
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90), GERD r/o (ICD-530.81) (ICD10-K21.9),
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89), Insomnia, mild (ICD-780.52) (ICD10-G47.00),
Deviated Nasal Septum (ICD-470) (ICD10-J34.2), Herpes zoster (ICD-053.9) (ICD10-B02.9), HTN (ICD-
401.9) (ICD10-I10), Visual changes (ICD-368.9) (ICD10-H53.9), Overweight (ICD-278.02) (ICD10-E66.3),
Alcohol abuse (ICD-305.00) (ICD10-F10.10), Cigarette smoker (ICD-305.1) (ICD10-F17.210).

## Practitioner Plan
**Medications:**
PEPCID 20 MG ORAL TABLET 1 tablet po bid; Route: ORAL, MAALOX MAX SUSPENSION 30cc po x 1
dose, CYCLOBENZAPRINE HCL 10 MG ORAL TABLET 1 tablet po bid; Route: ORAL, NAPROXEN 500
MG ORAL TABLET 1 tablet po bid prn; Route: ORAL, ALER-DRYL 50 MG ORAL TABLET 1 tablet hs;
Route: ORAL, CVS MUSCLE RUB 10-15 % EXTERNAL CREAM apply to left shoulder BID; Route:
EXTERNAL, HYDROCHLOROTHIAZIDE 25 MG ORAL TABLET 1 tab po daily x 180 days.; Route: ORAL,
LISINOPRIL 20 MG ORAL TABLET 1 tablet po daily; Route: ORAL, NIFEDIPINE ER 30 MG ORAL
TABLET EXTENDED RELEASE 24 HOUR 1 tablet po daily; Route: ORAL, ASPIRIN LOW DOSE 81 MG

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

*April 6, 2021*
Page 184

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:        eMAR

**NICHOLAS BUCCIARELLI**   Type: FED    SBI #: 276709b   58 Years Old
DOB:  09/03/1962 Race: White   Gender: Male    Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

ORAL TABLET DELAYED RELEASE 1 tablet po daily; Route: ORAL, MULTI VITAMIN MENS ORAL
TABLET one daily; Route: ORAL.

**Plan Comments:** Transferred to UH ER via ambulance for evaluation and treatment

## Education Provided
**Patient Education Provided** Excercise, Medicine Management
**Does the inmate need an interpreter?** No

## PPD Skin Test Results
**PPD Results** PENDING
**Chest X-Ray Results** NA

## Medical Observations
**Medical Clearance Approval for Halfway House** NO

## Mental Health Observations
**Mental Health Approval for Halfway House** YES

## Reason for Modification:
]

**Electronically signed by Michael Ojelade, NP on 01/28/2021 at 6:55 PM**

---

**01/28/2021 - Office Visit: EKG Done-1/28/21**
**Provider: Brandon Sepulveda CMA**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

EKG Done-1/28/21

**Electronically signed by Brandon Sepulveda CMA on 01/28/2021 at 5:16 PM**

---

**01/28/2021 - eMAR: ALER-DRYL 50 MG ORAL TABLET - Not Administered**
**Provider: Wendy Walker, LPN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

The following medication was marked as not administered:

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-12

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:       eMAR

*April 6, 2021*
Page 188

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

Signed before import by Centricity Document Management
Filed automatically on 02/03/2021 at 5:17 PM

01/29/2021 - RELEASE: Inmate Released:
Provider: LinkLogic
Location of Care: In Transfer to ECCF

01/29/2021 - Office Visit
Provider: Larisa Ploshchanskaya, MD
Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY

Electronically signed by Larisa Ploshchanskaya, MD on 02/03/2021 at 11:09 AM

01/29/2021 - Office Visit: Hospital Return
Provider: Pamela Anderson, NP
Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY

S: Im feeling much better now
O: Awake alert oriented X 3 skin warm and dry color good respirations non-labored VS Temp 98 P 72 R
16 BP 130/80 Lungs are clear bilaterally abdomen is soft BS + in all four quadrants patient is ambulating
with a walker has a Rx for rolling walker and is to have PT PE unremarkable at this time Left side Hemp
A: S/P CVA stable
P" order for rolling walker
medications as ordered
PT

Electronically signed by Pamela Anderson, NP on 01/29/2021 at 8:49 PM

01/29/2021 - Office Visit: COVID -19 RAPID ANTIGEN NASAL SWAB
Provider: Faithlyn Stovall, CNA
Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY

NEGATIVE

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:        eMAR

*April  6, 2021*
Page 189

**NICHOLAS BUCCIARELLI**  Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01 HLCN: ECCF

LOT# 0244260
EXP. 2021/02/14

**Electronically signed by Faithlyn Stovall, CNA on 01/29/2021 at 8:48 PM**

---

**01/29/2021 - Chart Maintenance**
**Provider: Pamela Anderson, NP**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

## Clinical Lists Changes

**Medications:**
Added new medication of NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR
(NIFEDIPINE) 1 tablet PO daily; Route: ORAL - Signed
Rx of NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet
PO daily; Route: ORAL  #. x 0;  Signed;  Entered by: Pamela Anderson, NP;  Authorized by: Pamela
Anderson, NP;  Method used: Telephoned to ;  Note to Pharmacy: Route: ORAL;
**Orders:**
Added new Referral order of Physcial Therapy Referral (PT) - Signed

**Electronically signed by Pamela Anderson, NP on 01/29/2021 at 8:55 PM**

---

**01/29/2021 - INMTLOC: Location Set: (2 B1 217 01)**
**Provider: LinkLogic**
**Location of Care: In Transfer to ECCF**

Location has been set to 2 B1 217 01
**01/29/2021 - INMTLOC: Location Change (TR TR 001 02)**
**Provider: LinkLogic**
**Location of Care: In Transfer to ECCF**

Location has been changed from 2 B1 217 01 to TR TR 001 02
**01/30/2021 - INMTLOC: Location Change (IT ITK 001 20)**
**Provider: LinkLogic**
**Location of Care: In Transfer to ECCF**

Location has been changed from TR TR 001 02 to IT ITK 001 20
**01/31/2021 - eMAR: ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE - Administe**
**Provider: Charge Nurse RN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-13

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 198

**NICHOLAS BUCCIARELLI    Type: FED    SBI #: 276709b   58 Years Old**
**DOB:  09/03/1962 Race: White  Gender: Male   Booking #:**
**J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF**

## Practitioner Infirmary Admission Note
**Problem List**
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
PEPCID 20 MG ORAL TABLET (FAMOTIDINE) 1 tablet po bid; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
HYDROCHLOROTHIAZIDE 25 MG ORAL TABLET (HYDROCHLOROTHIAZIDE) 1 tab po daily x 180
days.; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet po daily;
Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Physcial Therapy Referral [PT]

## Infirmary Admission Synopsis:
**Chief Complaint:** Patient returned from UMDNJ on january 29-th with left sided weakness.
Hospital discharged records reviewed: MRI, CT brain done - no results, CT angiography of brain and neck
also done - results not available.
Diagnosis - stroke?
Patient has long history of alcohol abuse.
Diagnosed with Hypertension?
History of non cardiac chest pain.
EXAM:  much older looking than chronological age.
        Alert, disoriented in time?
        Speech fluent
        Memory - intact
        Cranial nerves: intact

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 199

**NICHOLAS BUCCIARELLI**   **Type: FED**   **SBI #: 276709b**   **58 Years Old**
**DOB:  09/03/1962  Race: White   Gender: Male   Booking #:**
**J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF**

Neck - supple
Carotids - no bruits
BP-110/90
Radial pulses - palpable
No pedal edema
Demonstrated left sided weakness, observation didnot discern left arm weakness
Holding to the walker very tight with both hands and hoping on both lower limbs.
Muscle tone slightly diminished in the left lower extremity.
No pain in LS region
Sensory deficit is not satisfactory.

ASSESSMENT:   Chronic ETOH abuse
Stroke syndrome?

PLAN:         Admit to infirmary
Quarantine until February 12-th
Continue ASA, Norvasc, MVI
PT, walker

**Delaney Hall Medical Clearance** NO


## Current Vital Signs


Document Withdrawal in CIWA


**Electronically signed by Larisa Ploshchanskaya, MD on 02/03/2021 at 11:08 AM**

---

**02/03/2021 - INMTLOC: Location Change (5 H1 200 02)**
**Provider: LinkLogic**
**Location of Care: In Transfer to ECCF**


Location has been changed from IT ITK 001 20 to 5 H1 200 02
**02/03/2021 - Infirmary: Infirmary Nurse Admission**
**Provider: Bhagirathi Patel, RN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**


## Nurse Infirmary Admission Note

### Transfer/Admission
**Reason for Transfer/Admission:** Status post hospital admission
**Referral Source** Medical Staff


Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-14

**ESSEX COUNTY CORRECTIONAL FACILITY**

*April 6, 2021*
*Page 209*

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

ORAL to LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
Added new medication of THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days;
Route: ORAL

**Electronically signed by Syed Rizvi, MD on 02/04/2021 at 10:33 AM**

---

**02/04/2021 - Office Visit: INF. PROGRESS  NOTES**
**Provider: Syed Rizvi, MD**
**Location of Care: Building 5 Level 1Infirmary**

This pt. admitted yesterday by Dr. P. after his return from UH where he was sent for weakness of left side
of body. Ctscan head and other test were done but no reports is available to us at this time. For details
see Dr. P's admitting notes of 2./3/21.
On Exam.- He walks with walker, and is alert, oriented and obese. He is in no acute distress. HEart- RSR.
Lungs- Clear. Abd.- Soft, Non-tender. Left knee slight swelling and tender.
Dx. H/O TIA // ?? weakness left side body // Left knee pain // Past H/O alcohol abuse// On walker/? HTN
Plan.- Continue Rx as written // stay in INf.for now // refer to In-house-ortho for knee pain //

**Electronically signed by Syed Rizvi, MD on 02/04/2021 at 10:42 AM**

---

**02/04/2021 - Append: INF. PROGRESS  NOTES**
**Provider: Syed Rizvi, MD**
**Location of Care: Building 5 Level 1Infirmary**

VS today- BP_ 123/83; 75; 16; 98.0

**Electronically signed by Syed Rizvi, MD on 02/04/2021 at 10:43 AM**

---

**02/04/2021 - Orthopedic Examination: Orthopedic Practitioner**
**Provider: Vladimir Bozic MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

**Orthopedic Practitioner**
**Problem List**
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105

9732747826 Fax:      eMAR

*April 6, 2021*

Page 211

**NICHOLAS BUCCIARELLI**  **Type: FED**   **SBI #: 276709b**  **58 Years Old**
**DOB: 09/03/1962 Race: White**   **Gender: Male**   **Booking #:**
**J#: 207584243**  **LOC: 2 B1 121 01**  **HLCN: ECCF**

F/E 1-5
NVID

## Assessment/Diagnosis
**Assessment Comments:** Left arm and leg weakness

## Plan/Orders
**Orders**
Physcial Therapy Referral [PT]
Walking Cane [CANE]

## Medical Observations

## Inmate Co-Pay
Co-Pays Applied
No Co-Pay Applied

## Plan
**Ortho Recommendations** PT
gait training
can wean off walker and transition to single point cane
**Disposition** GP

## Assessment & Plan
**New Orders:**
Physcial Therapy Referral [PT], Walking Cane [CANE].

---

**Electronically signed by Vladimir Bozic MD on 02/04/2021 at 1:34 PM**

---

**02/04/2021 - eMAR: MULTI VITAMIN MENS ORAL TABLET - Administered**
**Provider: Sheleata Jones, LPN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

The following medication was marked as administered:

**Medication**

MULTI VITAMIN MENS ORAL TABLET

**Administration Instructions**

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-15

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 233

**NICHOLAS BUCCIARELLI**  **Type: FED**  **SBI #: 276709b**  **58 Years Old**
**DOB: 09/03/1962 Race: White  Gender: Male   Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

MULTI VITAMIN MENS ORAL TABLET

### Administration Instructions

one daily

### Documented By

Nurse, Charge

### Documented At

02/08/2021 21:33:33

### Comment


**02/09/2021 - Infirmary: Infirmary Practitioner Progress**
**Provider: Syed Rizvi, MD**
**Location of Care: Building 5 Level 1Infirmary**


## Practitioner Infirmary Progress Note
### Problem List
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

### Medication List
THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
* HOLD LISINOPRIL IF BP 120/80
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
PEPCID 20 MG ORAL TABLET (FAMOTIDINE) 1 tablet po bid; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL


Report run by Christiana Olagunju, Medical Records Clerk

## ESSEX COUNTY CORRECTIONAL FACILITY

*April 6, 2021*
Page 234

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:        eMAR

**NICHOLAS BUCCIARELLI**  **Type: FED**   **SBI #: 276709b**  **58 Years Old**
**DOB: 09/03/1962 Race: White  Gender: Male  Booking #:**
**J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF**

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Physcial Therapy Referral [PT]
Physcial Therapy Referral [PT]
Walking Cane [CANE]

## Findings
**Subjective Findings** No new complaints.
This pt. isadmitted to Inf. from UH on a cane with possibily left side weakness ??
**Objective Findings** On Exam.- This 58 yrs/o/m is alert, oriented, on cane, is in no acute distress. Heart-RSR. Lungs- Clear. Abd.- Soft, non-tender. No pedal edeam/CNs see notes of Dr. P of 9/16/20
) ENDIF) ENDIF

## Current Vital Signs
T: **96.9** deg F.  P: **82**  R: **16**  BP: **135/87**

## Assessment & Plan
**Assessment Comments:** Pt. admitted on a cane with obesity and possible weakness of left side body.
**Plan Comments:** will adjust his meds. // need -Ray chest // will follow closely.

## Orders & Housing
**Does the inmate need assistive devices?** Yes
**Order Comments:**  cane

## Patient Education
The patient has been educated regarding the patient's diagnosis and diagnostic results. The patient verbalizes understanding of current health status and expresses verbal consent to current management. Yes
**Education Provided:**  Oral Hygiene Instructions, Nutrition, Excercise, Smoking, Test Results, Medicine Management, Alcohol Abuse

## Infirmary Plan
Note: All Telephone orders must be co-signed by the practitioner within 24 hours of giving such orders.
Acuity Level
**Condition of the patient is reflective of the Level of Clinical acuity/Plan of care documented** Yes
**The Single most appropriate level selected?** Level III:Stable Medical Problem
**Activities** Activity limitations
**Activity Limitations** on cane

Document Withdrawal in CIWA

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-16

# ESSEX COUNTY CORRECTIONAL FACILITY

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 268

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

## Medication List
THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
PEPCID 20 MG ORAL TABLET (FAMOTIDINE) 1 tablet po bid; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

## Orders List
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Physcial Therapy Referral [PT]
Physcial Therapy Referral [PT]
Walking Cane [CANE]

## Findings
**Subjective Findings** No new complaints.
He was admitted for possible mild weakness left side body, is better now.
**Objective Findings** On Exam.- This 58 yrs/o/m is alert, oriented  and stable. There is no new complaints
and no new findings. HEart- RSR. Lungs- Clear. Abd.- Soft, non-tender. CNS And Reflexes-- grossly
normal. no pedal edema. Can walk even without walker.
) ENDIF) ENDIF

## Current Vital Signs
T: **98.2** deg F.  P: **70**  R: **16**  BP: **127/86**

## Assessment & Plan
**Assessment Comments:** Pt. from UH. with some weakness left side body, remains stable, No new
comoplaints.
For details seen Dr. P. notes of 2/5/21.
**Plan Comments:** Continue Rx as written, may go to special need /BB// LL

## Orders & Housing
**Does the inmate need assistive devices?** Yes
**Order Comments:**  Cane

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-17

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 289

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
PEPCID 20 MG ORAL TABLET (FAMOTIDINE) 1 tablet po bid; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Physcial Therapy Referral [PT]
Physcial Therapy Referral [PT]
Walking Cane [CANE]

**Chief Complaint:** Left knee pain with ambulation. Has history of knee pain and injections for arthritis.
Now having increases stiffness and swelling. Also left shoulder pain. Feels it is related to using walker for
ambulation

**Vital Signs**
Ht: **71** in.

**Orthopedic Physical Exam**
Shoulder - Left

**Shoulder - Left**
**Comments** left shoulder active flexion 130 deg
passive flexion 150 deg
pain at end ROM
ER 30 deg
intact ER/IR strength
NVID

**Exam (cont)**
Knee

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:    eMAR

*April 6, 2021*
Page 290

**NICHOLAS BUCCIARELLI**  Type: FED  SBI #: 276709b · 58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male  Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

## Knee
**Other** Left knee with possible trace effusion
no warmth or erythema
tightness in extension
ROM 2-80
stable to varus valgus stress
calf soft
mild edema
NVID

## Assessment/Diagnosis
**Assessment Comments:** Left shoulder pain, R/O DJD, Left kee pain, R/O DJD

## Medical Observations

## Inmate Co-Pay
Co-Pays Applied
No Co-Pay Applied

## Plan
**Ortho Recommendations** walking cane issued in clinic
wean off walker with PT and transition to cane
xrays left shoulder and left knee
stretching program
F/U after xrays
**Disposition** GP

---

**Electronically signed by Vladimir Bozic MD on 02/19/2021 at 11:51 AM**

---

**02/19/2021 - Internal Correspondence: Handout Printed - X-Ray**
**Provider: Vladimir Bozic MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

Printed Handout: X-Ray

---

**Electronically signed by Vladimir Bozic MD on 02/19/2021 at 11:50 AM**

---

**02/19/2021 - General Note: Physical Therapy**
**Provider: Steven Kreh**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 291

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962  Race: White  Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

## General Note

The pt. is a 58 y/o M presenting to PT s/p R stroke with L sided UE and LE weakness. L shoulder elevation performed to 90 degrees with moderate pain. Weakness through the L shoulde 3-/5. The pt. has insatability in the L knee secondary to quad weakness resulting in knee buckling and the need for a RW with gait. L knee ROM is limited to 10-90 degrees. L LE strength is 3+/5 throughoout. The pt. will require extensive strengthening and ROM exercises of the L LE and UE. The pt. will require PT to wean AD, improve gait, and improve his ability to utilize the L UE for functional tasks. The pt. will require PT once a week for 6 weeks.


Steven Kreh PT, DPT 40QA01766400


**Electronically signed by Steven Kreh on 02/19/2021 at 1:40 PM**

---

**02/19/2021 - Chart Maintenance**
**Provider: Larisa Ploshchanskaya, MD**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**


## Clinical Lists Changes

**Medications:**
Added new medication of * TRANSITION TO CANE, REMOVE WALKER


**Electronically signed by Larisa Ploshchanskaya, MD on 02/19/2021 at 2:11 PM**

---

**02/19/2021 - eMAR: ALER-DRYL 50 MG ORAL TABLET - Administered**
**Provider: Crystal Perry, LPN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**


The following medication was marked as administered:

**Medication**

ALER-DRYL 50 MG ORAL TABLET

**Administration Instructions**


Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-18

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve Newark, NJ 07105
9732747826 Fax:       eMAR

*April 6, 2021*
Page 306

**NICHOLAS BUCCIARELLI  Type: FED   SBI #: 276709b  58 Years Old**
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01 HLCN: ECCF

THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO daily; Route: ORAL
PEPCID 20 MG ORAL TABLET (FAMOTIDINE) 1 tablet po bid; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route: ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Walking Cane [CANE]

## Findings
**Subjective Findings** No new complaints.
He is admitted to INf. from UH where he was sent for chest pain and returned back with motrin.
**Objective Findings** On Exam.- This 58 yrs/o/m is alert, oriented and stable. Heart- RSR. Lungs- Clear. Abd.- Soft, non-tender. No pedal edema. Cns & Reflexes-- Grossly normal.
Labs- CBc // UA //A!C // CMP all reported.
EKG_ Normal.
Chest X-Ray- Normal.
X-Ray knee and shoulder-- Deg. disease.
) ENDIF) ENDIF

## Current Vital Signs
T: **98.2** deg F.  P: **65**  R: **16**  BP: **134/94**

## Assessment & Plan
**Assessment Comments:** Pt. with H/O chest pain, remains stable and pain free. Pt. is stable.
**Plan Comments:** May go to spe cial need // BB

## Orders & Housing
**Does the inmate need assistive devices?** No
**Disposition:** Special Needs

## Patient Education
The patient has been educated regarding the patient's diagnosis and diagnostic results. The patient verbalizes understanding of current health status and expresses verbal consent to current management. Yes
**Education Provided:** Oral Hygiene Instructions, Nutrition, Excercise, Smoking, Test Results, Medicine Management

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**                    *April 6, 2021*
354 DoremusAve  Newark, NJ 07105                                    Page 307
9732747826  Fax:      eMAR

**NICHOLAS BUCCIARELLI**  Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male  Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

## Infirmary Plan
Note: All Telephone orders must be co-signed by the practitioner within 24 hours of giving such orders.
Acuity Level
**Condition of the patient is reflective of the Level of Clinical acuity/Plan of care documented** Yes
**The Single most appropriate level selected?** Level III:Stable Medical Problem

Document Withdrawal in CIWA

**Electronically signed by Syed Rizvi, MD on 02/25/2021 at 3:21 PM**

---

**02/23/2021 - Office Visit: Radiology report**
**Provider: Nneka Nwafor RN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

SHOULDER COMPLETE, MIN 2V, LEFT
Results: The bones are of normal mineralization and alignment. No lytic or blastic
lesions or fractures are present. There are mild degenerative changes at the
acromioclavicular joint. The humerus is high riding within the glenoid fossa and may
suggest rotator cuff disease.
Conclusion: Mild degenerative changes left shoulder.
Electronically signed by GEORGE D. MORRISON, DO 2/22/2021 11:05:05 AM EST.
KNEE AP OR LAT 1- 2V, LEFT
Results: The bones are of normal mineralization and alignment. No lytic or blastic
lesions or fractures are present. There are no significant degenerative changes.
Conclusion: Negative study. Normal knee.
Electronically signed by GEORGE D. MORRISON, DO 2/22/2021 11:05:05 AM EST.
*RADIOLOGY REPORT*
**REASON FOR EXAM: PAIN IN LT SHOULDER, PAIN IN LT KNEE**
CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended
recipient, and may
contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this
report to the intend
recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or
documents) is strictly
prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing
your name, telephone
number and the date and destroy this report (including any accompanying files or documents).
*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*
Page 1 of 1
*Statement Concerning use of Results:*
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical
condition.
**Ordering Provider Signature:** _____
LIONEL JR ANICETTE, MD - (NPI: 1346425188)
**21422-ESSEX COUNTY CORRECTIONAL FACILITY**
354 DOREMUS AVENUE

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-19

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 324

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

**02/26/2021 – General Note: Physical Therapy**
**Provider: Steven Kreh**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

## General Note

The pt. demonstrated a mild improvement in quad control, but still lacks the ability to acheive TKE which results in buckling. The pt. had great difficulty with hip strengthening secondary to weakness. L shoulder elevation without assitance is at about 90 degrees, and with PT assistance is at 165 degrees. Severe weakness remains in the L shoulder, as well as the LE. Long term strengthening will continue to be necessary.

Steven Kreh PT, DPT 40QA01766400

**Electronically signed by Steven Kreh on 02/26/2021 at 9:57 AM**

**02/26/2021 – Vital Signs: Vital Signs**
**Provider: Cynthia Richardson, CNA**
**Location of Care: Building 5 Level 1Infirmary**

## Current Vital Signs

**Previous Height:** 71 (12/27/2020 11:48:16 AM)   **Previous Weight:** 235 (12/27/2020 11:48:16 AM)
   **Sitting BP:** 156 / 104
**Temperature:** 97.5
**Pulse rate:** 92**Respirations:** 20

**Electronically signed by Cynthia Richardson, CNA on 02/26/2021 at 10:28 AM**

**02/26/2021 – eMAR: LISINOPRIL 20 MG ORAL TABLET – Administered**
**Provider: Charge Nurse RN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

The following medication was marked as administered:

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-20

**ESSEX COUNTY CORRECTIONAL FACILITY**

*April 6, 2021*

354 DoremusAve Newark, NJ 07105
9732747826 Fax: eMAR

Page 344

**NICHOLAS BUCCIARELLI** Type: FED SBI #: 276709b 58 Years Old
DOB: 09/03/1962 Race: White Gender: Male Booking #:
J#: 207584243 LOC: 2 B1 121 01 HLCN: ECCF

NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Psych Follow Up [PSYCHFU]
Walking Cane [CANE]

## Findings
**Subjective Findings** No new compalints.
This pt. is admitted to INf. foe weakness of left side of body ??
**Objective Findings** On Exam.- This 58 yrs/o/m is alert, oriented and stable. Heart- RSR. Lungs- Clear.
Abd.- Soft, non-tender. No pedal; edema. No weakness any more.
) ENDIF) ENDIF

## Current Vital Signs
T: **97.6** deg F.  P: **81**  R: **18**  BP: **143/89**

## Assessment & Plan
**Assessment Comments:** Pt. was admitted for POss. Tla, He is stable now, with no weakness and no
chest pain.
**Plan Comments:** Continue Rx as written, may go to 2B1/BB/ lower level.

## Orders & Housing
**Does the inmate need assistive devices?** Yes
**Order Comments:** cane to walk
**Disposition:** Special Needs

## Patient Education
The patient has been educated regarding the patient's diagnosis and diagnostic results. The patient
verbalizes understanding of current health status and expresses verbal consent to current management.
Yes
**Education Provided:** Oral Hygiene Instructions, Nutrition, Excercise, Smoking, Test Results, Medicine
Management

## Infirmary Plan
Note: All Telephone orders must be co-signed by the practitioner within 24 hours of giving such orders.

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-21

# ESSEX COUNTY CORRECTIONAL FACILITY

*April 6, 2021*

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

Page 362

**NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b  58 Years Old**
**DOB: 09/03/1962 Race: White   Gender: Male   Booking #:**
**J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF**

## Referral Review

**Is this a Mental Health Chronic Care Inmate?** Yes
**Referral Source** M.H. Counselors
**Problem List**
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medication List**
* TRANSITION TO CANE, REMOVE WALKER
THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders List**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Walking Cane [CANE]
Psych Follow Up [PSYCHFU]

**Chief Complaint:** Psych follow-up
**Present Psychiatric History** 58 y/o male was seen today for psych folow-up. Patient reports his
medications were helping with his symptoms. Patient will be continued on current medications and he
agrees to continue with the medications. No inapropriate symptoms noted  or reported. Denies
SI/HI/AVH/SIB. Instructed to contact MH for any adverse side effects of medications.

Mental status examination:
General appearance- Pt. appears at stated age, groomed appropriately
Gait- normal
Muscle Tone- normal
Speech- Normal in rate, rhythm, volume, quantity with clear enunciation.
Thought Process- Logical and coherent
Thought Content- Denies S/I or plans, homicidal thoughts, and A/V hallucinations
Perception disturbances- denies
Mood- calm

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-22

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826 Fax:      eMAR

*April 6, 2021*
Page 386

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

**Documented At**

03/12/2021 07:42:58

**Comment**

**03/12/2021 - General Note: Physical Therapy**
**Provider: Steven Kreh**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

**General Note**

The pt. reports continued buckling of the L knee and difficulty raising the shoulder. PT worked on TKE in stnading and via quad sets. The pt. was able to perform 50% of a SLR. Bridges were also performed and they were difficult. L shoulder isometrics and AAROM was also perfomred. The pt. is demonstrating increased ability to elevate the L shoulder. The pt. will require continued strengthening of the LUE and L LE.

Steven Kreh PT, DPT 40QA01766400

**Electronically signed by Steven Kreh on 03/12/2021 at 11:51 AM**

**03/12/2021 - eMAR: ALER-DRYL 50 MG ORAL TABLET - Administered**
**Provider: Gideon Kyole, LPN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

The following medication was marked as administered:

**Medication**

ALER-DRYL 50 MG ORAL TABLET

**Administration Instructions**

1 tablet hs

**Administration Due At**

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-23

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 424

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

Refused to Take

**03/23/2021 - General Note: Physical Therapy**
**Provider: Steven Kreh**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

## General Note

The pt. returned for PT. Quad control is improving and the pt. is able to perform 3 SLR with extreme difficulty. TKE remains difficult as well, as there is a minor knee extension lag. Asymmetrical pelvic control is present during bridges. L hip abduction is improving. L shoulder PROM remains full, but the pt. is only able to perform 50% of the ROM actively. The pt. require scontinued strengthening and motor control training.

Steven Kreh PT, DPT

**Electronically signed by Steven Kreh on 03/23/2021 at 12:52 PM**

---

**03/23/2021 - Chronic Care: Chronic Care Follow-Up:  HTN**
**Provider: Michael Ojelade, NP**
**Location of Care: Building 2 Level 1 MENTAL**

## Chronic Care Visit

## Check all that apply:
HTN/CV/Dyslipidemia
**Problems**
?Weakness, left side of body (ICD-342.90) (ICD10-G81.90)
GERD r/o (ICD-530.81) (ICD10-K21.9)
Chest pain, non-cardiac (ICD-786.59) (ICD10-R07.89)
Insomnia, mild (ICD-780.52) (ICD10-G47.00)
Deviated Nasal Septum (ICD-470) (ICD10-J34.2)
Herpes zoster (ICD-053.9) (ICD10-B02.9)
HTN (ICD-401.9) (ICD10-I10)
Visual changes (ICD-368.9) (ICD10-H53.9)
Overweight (ICD-278.02) (ICD10-E66.3)
Alcohol abuse (ICD-305.00) (ICD10-F10.10)
Cigarette smoker (ICD-305.1) (ICD10-F17.210)

**Medications**
* TRANSITION TO CANE, REMOVE WALKER

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

*April 6, 2021*

354 DoremusAve  Newark, NJ 07105

Page 425

9732747826  Fax:     eMAR

NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

THIAMINE HCL 100 MG ORAL TABLET (THIAMINE HCL) one daily x 90 days; Route: ORAL
NIFEDIPINE ER 30 MG ORAL TABLET EXTENDED RELEASE 24 HOUR (NIFEDIPINE) 1 tablet PO
daily; Route: ORAL
ALER-DRYL 50 MG ORAL TABLET (DIPHENHYDRAMINE HCL) 1 tablet hs; Route: ORAL
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) 1 tablet po daily; Route: ORAL
ASPIRIN LOW DOSE 81 MG ORAL TABLET DELAYED RELEASE (ASPIRIN) 1 tablet po daily; Route:
ORAL
MULTI VITAMIN MENS ORAL TABLET (MULTIPLE VITAMIN) one daily; Route: ORAL

**Orders**
Cardiac Diet [DCARD]
Cardiac Diet [DCARD]
Chronic Care Follow-Up [CCFU]
TB/XRAY Test [TBXRAY]
Ophthalmology [PCOPHTHALM]
Walking Cane [CANE]
Psych Follow Up [PSYCHFU]
**Chief complaint, with details regarding duration, frequency, relating and worsening factors, etc.**
Patient here for HTN chronic care.  Presenting no complaint.

**HTN/CV/Dyslipidemia**
**Chest Pain** No
**SOB** No

**Current Vital Signs**
Wt: **260** lbs.  P: **72** Rhythm: **Regular**  R: **18**  BP: **140/80**
**Pulse Ox%** 98
**Room Air** Yes

**Physical Exam**
**General appearance:** ambulatory with a walker

**Eyes**
**External:** conjunctivae an lids normal
**Pupils:** equal, round, reactive to light and accommodation
Acuity of Left Eye:
/
Acuity of Right Eye:
/

**Ears, Nose and Throat**
**External ears:** normal, no lesions or deformities

Report run by Christiana Olagunju, Medical Records Clerk

**ESSEX COUNTY CORRECTIONAL FACILITY**

354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 426

**NICHOLAS BUCCIARELLI**  Type: FED   SBI #: 276709b  58 Years Old
DOB: 09/03/1962 Race: White  Gender: Male   Booking #:
J#: 207584243  LOC: 2 B1 121 01  HLCN: ECCF

**External nose:** normal, no lesions or deformities
**Hearing:** grossly intact
**Nasal:** mucosa, septum, and tubinates normal

**Neck**
**Neck:** supple, no masses, trachea midline
**Thyroid:** no modules, masses, tenderness, or enlargement

**Respiratory**
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Palpation:** normal fremitus
**Auscultation:** no rales, rhonchi, or wheezes

**Cardiovascular**
**Palpation:** no thrill or palpable murmurs, no displacement of PMI
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Pedal pulses:** pulses 2+, symmetric
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Gastrointestinal**
**Abdomen:** Soft, non-tender, no mass, bowel sounds normal

**Lymphatic**
**Neck:** no cervical adenopathy

**Musculoskeletal**
**Gait and station:** steady gait with a walker
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility
**Spine, ribs, pelvis:** normal alignment and mobility, no deformity
**RUE:** normal ROM and strenght, no joint enlargement or tenderness
**LUE:** proximal weakness
**RLE:** normal ROM and strength, no joint enlargement or tenderness
**LLE:** distal weakness

**Skin**
**Inspection:** no rashes, leasions, or ulcerations
**Palpation:** no subcutaneous nodules or induration

**Neurologic**
**Cranial nerves:** II - XII grossly intact
**Reflexes:** 2+, symmetric, no pathological reflexes
**Sensation:** intact to touch, pin, vibration, and position

**Mental Status**
**Judgment, insight:** intact

Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-24

**ESSEX COUNTY CORRECTIONAL FACILITY**                    *April 6, 2021*
354 DoremusAve  Newark, NJ 07105                           Page 453
9732747826  Fax:       eMAR

**NICHOLAS BUCCIARELLI   Type: FED   SBI #: 276709b   58 Years Old**
**DOB: 09/03/1962 Race: White   Gender: Male   Booking #:**
**J#: 207584243   LOC: 2 B1 121 01 HLCN: ECCF**

The following medication was marked as administered:

**Medication**

THIAMINE HCL 100 MG ORAL TABLET

**Administration Instructions**

one daily x 90 days

**Administration Due At**

03/30/2021 07:00:00

**Documented By**

Nathan, LPN, Richard

**Documented At**

03/30/2021 09:27:15

**Comment**


**03/30/2021 – General Note: Physical Therapy**
**Provider: Steven Kreh**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**


**General Note**
The pt. demonstrated improved L quad contraction with better TKE. Spasticity contributes to tightness in
the hip and HS. L LE abduction has improved. Overall the pt. is progressing with LE strengthening, but the
L shoulder ROm remains limited and requires further stretching.


Steven Kreh PT, DPT 40QA01766400


**Electronically signed by Steven Kreh on 03/30/2021 at 2:23 PM**
_____


**03/30/2021 – eMAR: ALER-DRYL 50 MG ORAL TABLET - Administered**


Report run by Christiana Olagunju, Medical Records Clerk

# EXHIBIT A-25

**ESSEX COUNTY CORRECTIONAL FACILITY**
354 DoremusAve  Newark, NJ 07105
9732747826  Fax:      eMAR

*April 6, 2021*
Page 458

**NICHOLAS BUCCIARELLI**   Type: FED   SBI #: 276709b   58 Years Old
DOB: 09/03/1962 Race: White   Gender: Male   Booking #:
J#: 207584243   LOC: 2 B1 121 01  HLCN: ECCF

**Previous Height:** 71 (12/27/2020 11:48:16 AM)   **Previous Weight:** 260 (03/23/2021 5:11:24 PM)
**Current Weight (lbs):** 250   **Current Height (in.):** 71
   **Sitting BP:** 102 / 64
**Temperature:** 98.1   **Temperature site:** Temporal
**Pulse rate:** 94   **Pulse rhythm:** Regular
**Respirations:** 18   **Pulse Ox%** 98   **Room Air:** Yes

## TRIAGE / SOAP
**Subjective** My legs are swollen and I'd like to get my eyes checked for glasses!
**Objective** VS
**Assessment** Pt recevied in main medical AAOx3, respirations easy and unlabored.
Amblatory with steady gait. No acute distress noted.
3+ edema of B/L lower extremities noted. Pt denies pain at this time.
**Plan** Refer to provider for B/L leg edema and eye exam

## EDUCATION PROVIDED
**Education Provided:** Access to Sick Call

---

**Electronically signed by Keyonah Walker RN on 03/31/2021 at 8:35 PM**

---

**03/31/2021 - eMAR: ALER-DRYL 50 MG ORAL TABLET - Administered**
**Provider: Kristal Elliott LPN**
**Location of Care: ESSEX COUNTY CORRECTIONAL FACILITY**

The following medication was marked as administered:

**Medication**

ALER-DRYL 50 MG ORAL TABLET

**Administration Instructions**

1 tablet hs

**Administration Due At**

03/31/2021 17:00:00

**Documented By**

Elliott, Kristal

**Documented At**