UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MAGISTRATE'S COURTROOM MINUTES**

UNITED STATES OF AMERICA

v.

NICHOLAS BUCCIARELLI

MAGISTRATE JUDGE: LEDA D. WETTRE

MAGISTRATE NO.: 2:20-mj-12328 & 20-mj-10333
DATE OF PROCEEDINGS: 4/22/2021

DATE OF ARREST: Click here to enter text.

PROCEEDINGS: Bail Reconsideration Hearing

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD   ___CJA
( ) WAIVER OF HRG.:   ___PRELIM   ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   ___GUILTY   ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) DEFENDANT CONSENTS TO VIDEO CONFERNCE

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
(X) BAIL RECONSIDERATION MOTION DENIED
( ) BAIL SET:
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
( ) DETENTION / BAIL HRG.          DATE:
( ) TRIAL:   ___COURT   ___JURY    DATE:
( ) SENTENCING                     DATE:
( ) OTHER:                         DATE:

APPEARANCES:

AUSA   Samantha Fasanello, AUSA

DEFT. COUNSEL   Robert Nathaniel Agre, Retained

PROBATION

INTERPRETER
        Language:  (          )

Time Commenced: 10:05 am
Time Terminated: 11:05 am
CD No:          Zoom

*Kimberly Darling*

DEPUTY CLERK